FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD RICHARD KARR, JR.,<br>Plaintiff,<br>v.<br>JOSEPH R. BIDEN, JR. *et al.*,<br>Defendants. | No. 2:26-CV-00239-SAB<br><br>**ORDER DISMISSING COMPLAINT; CLOSING FILE** |

On June 1, 2026, Plaintiff filed a 360-page document, entitled "Motion for Partial Summary judgment & With Sanctions 'Plus Defendants Criminal Referrals to the U.S. Attorney' RICO Act Certiorari Writ & Complaint Court Rules 4, 9, 16 and 38 Veterans Affair Organized Crime & Obstruction of Justice at VA 1973 Stolen 100% Service Connected Disability Benefits Over Fifth Three (53) Years of Obstruction of Justice 18 U.S.C. § 1951, RICO Predicated ACTS 18 U.S.C. § 1028, 1028A & 1029, Over 53 Years of violations of 10 U.S.C. § 906 Art 106 Impersonating a Solider [sic] A felony, Each Month, over 700 months, 700 Felonies in May 1st 2026. ECF No. 1. He identified seventy-five (75) Defendants. Plaintiff is representing himself in this matter.

Plaintiff is no stranger to filing excessive documents. *See* 2:24-cv-00214-SAB; 2:25-cv-00214 SAB. Notably, *Karr v. Biden, Jr.*, 25-cv-00214-SAB,

Plaintiff was instructed on two occasions regarding the requirements of Fed. R. Civ. P. 8. Throughout the course of those proceedings, Plaintiff filed two amended complaints and all three Complaints suffered from the same deficiencies of failing to comply with Fed. R. Civ. P. 8. The Court ultimately found that Plaintiff had demonstrated an unwillingness to follow the Federal Rules of Civil Procedure and dismissed his Complaint.

Once again, Plaintiff has submitted documents that fail to comply with the Federal Rules of Civil Procedure. The Court takes judicial notice of the previous actions in which granting leave to amend proved futile. For these reasons the Court dismisses Plaintiff's [Complaint] with prejudice for failing to follow the Federal Rules of Civil Procedure. The [Complaint] is verbose, confusing and almost entirely conclusory. There is no reason to think that granting leave to amend would yield a different result, given Plaintiff's prior filings.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's [Complaint], ECF No. 1, is **DISMISSED,** with prejudice.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide a copy to Plaintiff, and **close** the file.

**DATED** this 11th day of September 2026.

Stan Bastian
Chief United States District Judge