FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD RICHARD KARR, JR.,<br>Plaintiff,<br>v.<br>JOSEPH R. BIDEN, JR. *et al.*,<br>Defendants. | No. 2:26-CV-00239-SAB<br><br>**ORDER STRIKING MOTION FOR DEFAULT JUDGMENT** |

On September 11, 2026, the Court dismissed Plaintiff's Complaint with prejudice and closed the file. ECF No. 5. On September 25, 2026, Plaintiff filed a Motion for Default Judgment. ECF No. 6. Given that there is no longer any pending action in this matter, the Court will strike the motion and direct the Clerk's Office to no longer accept any additional filings in the above-captioned matter.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Default Judgment, ECF No. 6, is **STRICKEN**.

2. The Clerk of Court is directed to reject any further filings in this matter.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide a copy to Plaintiff, and **close** the file.

**DATED** this 20th day of October 2026.

Stan Bastian
Chief United States District Judge